AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| GREGORY MURRAY | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. C 08-01539 JCS |
| COUNTY OF CONTRA COSTA, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:   see attachment
         *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

DAVID J. BEAUVAIS (SB# 84275)          Tel: (510) 832-3605
1904 Franklin Street, Suite 800
Oakland, CA 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAR 2 6 2008

GINA AGUSTINE-RIVAS
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# SUMMONS IN A CIVIL ACTION - ATTACHMENT

Defendants Names:

County of Contra Costa

Sandra Andrade

Lori Castillo