SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile:  (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.<br><br>Defendant(s). | Case No. C08-01539 THE<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL<br><br>Date: June 30, 2008<br>Time: 1;30 p.m.<br>Dept:  12, Honorable Thelton E. Henderson<br>Date Action Filed: March 20, 2008<br>Trial Date: None assigned |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

1  (3) Considered whether this case might benefit from any of the available dispute
2  resolution options.
3
4  Dated: May 30, 2008                              _____
                                                    [Party]
5
6  Dated: May 30, 2008                              _____
7                                                   [Counsel]
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADR CERTIFICATION BY PARTIES AND COUNSEL - Case No. C08-01539 THE                    2