DAVID J. BEAUVAIS (SBN 84275)
Law Office of David J. Beauvais
1904 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

Attorney for Plaintiff

SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY,<br><br>Plaintiff<br><br>v.<br><br>CONTRA COSTA COUNTY, ET AL,<br><br>Defendants. | Case No. C08-01539 TEH<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: June 30, 2008<br>Time: 1:30 p.m.<br>Dept: 12, Honorable Thelton E. Henderson<br>Date Action Filed: March 20, 2008<br>Trial Date: None assigned |

The parties to the above-entitled action jointly submit this Joint Case Management Statement pursuant to Civil Local Rule 16-9.

1. Jurisdiction and Service: Basis for jurisdiction is federal question, based on plaintiff's two causes of action brought under 42 U.S.C. § 1983. All named defendants have been served and have answered.

2. Facts: Plaintiff claims he was delayed in obtaining custody of his minor daughter after she was removed from her mother's custody pursuant to Welfare and Institutions Code section 300, et seq. The individually named defendants were County-employed Child Protective Services social workers.

3. Legal issues: Primary legal issues are those related to whether the facts alleged can support actionable claims under the theories of liability presented, i.e. violation of 42 U.S.C. § 1983. Plaintiff claims that he was denied access by the defendants to the juvenile dependency court to assert his rights as the child's father and that this denial persisted over a period of many months. Defendants deny this claim.

4. Motions: Both sides anticipate bringing motions for summary judgment.

5. Amendment of Pleadings: None anticipated.

6. Evidence Preservation: Evidence has been preserved by the parties.

7. Disclosures: The parties are in the process of completing Initial Disclosures, which will not be voluminous.

8. Discovery: The parties anticipate serving written discovery, including requests for production of documents and interrogatories. In addition, several depositions of percipient witnesses are anticipated.

9. Class Actions: Not applicable.

10. Related Cases: None.

11. Relief: Plaintiff seeks money damages and attorney fees pursuant to law.

12. Settlement and ADR: The parties have stipulated to mediation through the court's ADR program within 120 days.

13. Consent to Magistrate Judge For All Purposes: Plaintiff declined to stipulate to consent to a magistrate judge for all purposes.

14. Other References: None appropriate at this time.

15. Narrowing of Issues: None appears appropriate at this time.

16. Expedited Schedule: None appears appropriate at this time

17. Scheduling: The parties request a trial date of September 28, 2009, with non-expert discovery cut-off of May 15, 2009, dispositive motion filing deadline of June 29, 2009, expert disclosure deadline of July 6, 2009 and expert discovery deadline of August 3, 2009.

18. Trial: Jury trial requested by plaintiff and defendants. Trial anticipated to consume five court days.

19. Disclosure of Non-party Interested Entities or Persons: None required.

20. Other: Nothing anticipated at this time.

DATED: June 19, 2008

SILVANO B. MARCHESI, County Counsel

/S/

By:______________________________
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendants

DATED: June 19, 2008

David J.Beauvais
LAW OFFICE OF DAVID J. BEAUVAIS

By: ______________________________
DAVID J. BEAUVAIS
Attorney for Plaintiff