UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Judge:** THELTON E. HENDERSON

**Date**: June 30, 2008

**Case No.**  C 08-01539  TEH

**Case Title**:  GREGORY MURRAY -v- COUNTY OF CONTRA COSTA, et al.

**Appearances**:

    For Plaintiff(s): David Beauvais

    For Defendant(s): Janet Holmes

**Deputy Clerk**: Rowena B. Espinosa          **Court Reporter**: not reported

## PROCEEDINGS

1. Initial Case Management Conference - held

Non-Expert Discovery Cutoff: **06/01/09**

Last Day to File Dispositive Motions: **06/22/09**

Last Day to Hear Dispositive Motions: **07/27/09**

Case continued to    for Further Case Management Conference

Case continued to **Monday, 08/31/09  at 3:00 p.m.** for Pretrial Conference

Case continued to **Tuesday, 09/15/09  at 8:30 a.m.** for Trial (Jury: 5 Days)

## SUMMARY

- This matter is referred to a magistrate judge for settlement purposes.

cc: WH