# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Murray,<br><br>              Plaintiff(s),<br><br>    v.<br><br>County of Contra Costa,<br><br>              Defendant(s). | 08-01539 TEH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Steven Saltiel**
Office of the U.S. Attorney
Northern District of California
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102
415-436-6996

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: July 7, 2008

> RICHARD W. WIEKING
> Clerk
> by:    Claudia M. Forehand
>
> _____
> ADR Case Administrator
> 415-522-2059
> Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-01539 TEH MED                - 2 -