SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY,<br><br>Plaintiff<br><br>v.<br><br>CONTRA COSTA COUNTY, ET AL,<br><br>Defendants. | Case No. C08-01539 TEH<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>Current Date Set: November 21, 2008<br>Time:<br>Dept: Judge Larson<br>Date Action Filed: March 20, 2008<br>Trial Date: September 15, 2009 |

## STIPULATION

IT IS HEREBY STIPULATED, by and through counsel for all parties herein, that:

WHEREAS, mediation before Assistant U.S. Attorney Steven Saltiel was completed October 8, 2008, but did not result in settlement; and

Plaintiff Gregory Murray resides in Florida; and

Further discovery is required before meaningful negotiations can be resumed; and

Hundreds of pages of transcripts of court hearings in the underlying state juvenile proceeding were produced just this week to defense counsel but not yet plaintiff's counsel; and

Settlement conference before Judge Larson had been set for November 21, 2008, with

1  trial set for September 15, 2009; and

2       PARTIES AND COUNSEL AGREE that the settlement conference before Judge
3  Larson should be continued from November 21, 2008 to a date no sooner than February 2009;
4  and hereby request the court continue the settlement conference to a date at Judge Larson's
5  convenience.

6       WHEREFORE, IT IS SO STIPULATED.

7  DATED: November 4, 2008                SILVANO B. MARCHESI, County Counsel

                                          By: /s/ Janet L. Holmes
                                          Janet L. Holmes
                                          Deputy County Counsel
                                          Attorneys for Defendants

12 DATED: November 4, 2008                LAW OFFICES OF
                                          DAVID BEAUVAIS

                                          By: /s/ David Beauvais
                                          David Beauvais
                                          Attorney for Plaintiff

## ORDER

Good cause appearing therefore, the settlement conference in this matter is hereby continued from November 21, 2008 to a date no sooner than February 2009.
The setttlement conference has been continued to Friday, February 27, 2009 at 10:00 a.m.

DATED: November 12, 2008

~~Thelton E. Henderson~~
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
/s/ James Larson
Judge James Larson

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
Case No. C08-01539 TEH

2