SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY,<br><br>    Plaintiff<br><br>v.<br><br>CONTRA COSTA COUNTY, ET AL,<br><br>    Defendants. | Case No. C08-01539 TEH<br><br>STIPULATION AND [proposed] ORDER CONTINUING SETTLEMENT CONFERENCE FROM FEBRUARY 27, 2009 TO ~~APRIL ___, 2009~~<br><br>Date: February 27, 2009<br>Time: 10:00 a.m.<br>Judge: James Larson<br>Date Action Filed: March 20, 2008<br>Trial Date: None assigned |

STIPULATION

WHEREAS, due to delays in completing discovery in this case involving confidential records of the juvenile court in Contra Costa County, a meaningful settlement conference is precluded at this time, and

WHEREAS counsel believe a more meaningful settlement conference could take place after April 15, 2009,

All parties, by and through their counsel of record, hereby stipulate and request that the

---

STIPULATION AND [proposed] ORDER CONTINUING SETTLEMENT CONFERENCE FROM FEBRUARY 27, 2009 TO APRIL ___, 2009
Case No.

1

Settlement Conference before Judge Larson, currently set for February 27, 2009 at 10:00 a.m., be continued to a date after ~~April 15, 2009~~, at the court's convenience.

IT IS SO STIPULATED.

DATED: February 10, 2009                SILVANO B. MARCHESI, County Counsel


By: /s/ Janet L. Holmes
JANET L. HOLMES
Assistant County Counsel
Attorneys for Defendants


Dated: February ___ 2009                LAW OFFICE OF DAVID J. BEAUVAIS


By: _____
DAVID J. BEAUVAIS
Attorney for Plaintiff

ORDER

~~Good Cause appearing therefor, IT IS HEREBY ORDERED that the Settlement Conference set for February 27, 2009 is rescheduled to April ___, 2009 at 10:00 a.m.~~


Dated: _____, 2009

_____
JAMES LARSON
United States Magistrate Judge

1  Settlement Conference before Judge Larson, currently set for February 27, 2009 at 10:00 a.m.,
2  be continued to a date after April 15, 2009, at the court's convenience.
3       IT IS SO STIPULATED.
4  DATED: February 10, 2009                SILVANO B. MARCHESI, County Counsel

7                                          By: /s/ Janet L. Holmes
8                                              JANET L. HOLMES
                                                Assistant County Counsel
9                                               Attorneys for Defendants

11 Dated: February ___ 2009                LAW OFFICE OF DAVID J. BEAUVAIS

14                                         By: /s/ David J. Beauvais
                                                DAVID J. BEAUVAIS
15                                              Attorney for Plaintiff

16                              ORDER
17      Good Cause appearing therefor, IT IS HEREBY ORDERED that the Settlement
18 Conference set for February 27, 2009 is rescheduled to June 16, 2009 ~~April ___, 2009~~ at 10:00 a.m.

20 Dated: February 13 ___, 2009            /s/ James Larson
21                                         JAMES LARSON
                                           United States Magistrate Judge

---

STIPULATION AND [proposed] ORDER CONTINUING SETTLEMENT CONFERENCE
FROM FEBRUARY 27, 2009 TO APRIL ___, 2009
Case No.                                                                          2