SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY,<br><br>　　　　Plaintiff<br><br>v.<br><br>CONTRA COSTA COUNTY, ET AL,<br><br>　　　　Defendants. | Case No. C08-01539 TEH<br><br>STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT AS AGAINST DEFENDANTS CONTRA COSTA COUNTY and LORI CASTILLO AND [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL<br><br>Dept: 12, Honorable Thelton E. Henderson<br>Date Action Filed: March 20, 2008<br>Trial Date: September 15, 2009 |

　　　　IT IS HEREBY STIPULATED BY AND THROUGH COUNSEL FOR ALL PARTIES:

　　　　Plaintiff GREGORY MURRAY ("Murray") and Defendants CONTRA COSTA COUNTY, LORI CASTILLO and SANDRA ANDRADE hereby stipulate and agree as follows:

　　　　Plaintiff Murray hereby agrees to dismiss his complaint and all causes of action

| | |
|---|---|
| 1 | contained therein as against defendants CONTRA COSTA COUNTY and LORI CASTILLO, |
| 2 | ONLY, and proceeds against Defendant SANDRA ANDRADE ONLY in this action |
| 3 |     THEREFORE, Plaintiff and Defendants hereby request that this court dismiss the |
| 4 | above-referenced action with prejudice as against Defendants CONTRA COSTA COUNTY |
| 5 | and LORI CASTILLO. |

DATED: June 17, 2009

SILVANO B. MARCHESI, County Counsel

By: _____
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendants

DATED: June 17, 2009

Law Office of David J. Beauvais

By: _____
David J. Beauvais, Esq.
Attorneys for Plaintiff
GREGORY MURRAY

ORDER OF PARTIAL DISMISSAL

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that plaintiff's complaint this action is dismissed with prejudice as against defendants County of Contra Costa and Lori Castillo ONLY.

Dated: 06/18/09, ~~2009~~

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

Judge Thelton E. Henderson

STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT AS AGAINST DEFENDANTS CONTRA COSTA COUNTY and LORI CASTILLO AND [PROPOSED] ORDER OF PARTIAL DISMISSAL - Case No. 09-01539 TEH

2