IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY MURRAY,

              Plaintiff,

v.

SANDRA ANDRADE,

              Defendant.

NO. C08-01539 TEH

ORDER RE: SUPPLEMENTAL BRIEFING

      The Court has reviewed the parties' arguments regarding the motion for summary judgment filed by Defendant Sandra Andrade. These arguments have not been as helpful as the Court would have liked. However, the Court concludes that there may be an issue that prevents the granting of summary judgment on the basis of qualified immunity. To wit, the parties have not addressed *Emily R. v. Michael U.*, 80 Cal. App. 4th 1344, 96 Cal. Rptr. 2d 285 (2000), a case that would seem to clearly establish under the Due Process Clause that alleged fathers are entitled to notice reasonably calculated to inform them of dependency proceedings. Nor have they addressed *In re Zacharia D.*, 6 Cal. 4th 435, 862 P.2d 751, 24 Cal. Rptr. 2d 751 (1993), or *In re Sarah C.*, 8 Cal. App. 4th 964, 11 Cal. Rptr. 2d 414 (1992). The parties shall submit supplemental briefing as to the relevance of *Emily R.*, as well as *In re Zacharia D.* and *In re Sarah C.*, to the motion before the Court. The supplemental briefing shall be submitted by both parties no later than Wednesday, July 13, 2011.

**IT IS SO ORDERED.**

Dated: 7/7/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT