DAVID J. BEAUVAIS (CA Bar # 84275)
409 13th Street, 20th Floor
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: 9510) 832-3610

Attorney for Plaintiff
GREGORY MURRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY,<br><br>            Plaintiff,<br><br>    vs.<br><br>SANDRA ANDRADE,<br><br>            Defendant. | No.  C08-01539 TEH<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　Plaintiff, GREGORY MURRAY, through his counsel DAVID J. BEAUVAIS, and defendant SANDRA ANDRADE, through her counsel, JANET HOLMES of the CONTRA COSTA COUNTY COUNSEL'S OFFICE hereby stipulate to continue the case management conference from August 29, 2011 to September 12, 2011 at 1:30 P.M.  This stipulation is made with reference to the following facts:

　　　1. On August 29, 2011, plaintiffs' counsel, David Beauvais, is scheduled to appear in the United States District Court in Los Angeles for an afternoon status conference in the case of *Smalls v. County of Los Angeles*, docket number CV10-9158 SVW (JCGx).  Notice of the hearing in that case was given before this court set the date for the case management conference.

2. The parties propose the next date available on this court's calendar since September 5 is a holiday.

DATED: August 15, 2011

        /s/ David J. Beauvais
        DAVID J. BEAUVAIS
        Attorney for Plaintiff
        JAMIE KIRKPATRICK
        *PRO HAC VICE*

DATED: August 15, 2011

        JANET HOLMES
        Attorney for Defendant
        SANDRA ANDRADE

**ORDER**

Good cause appearing, the status conference is continued from August 29, 2011 to September 12, 2011 at 1:30 P.M. A joint case management statement is due seven (7) days before the continued date.

DATED: 08/16/2011

_____
UNITED STATES DISTRICT JUDGE

*(Signature of Judge Thelton E. Henderson, United States District Court, Northern District of California seal)*

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE     2