1

2

3

4        IN THE UNITED STATES DISTRICT COURT

5        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    GREGORY MURRAY,                          NO. 08-1539 TEH

9                      Plaintiff,             ORDER DENYING
                                             DEFENDANT'S MOTION FOR
10              v.                            JUDGMENT AS A MATTER
                                             OF LAW
11   SANDRA ANDRADE,

12                      Defendants.

13

14        On March 22, 2012, at the close of Plaintiff's evidence, and again on March 23, 2012,

15   at the close of evidence in the case, Defendant Sandra Andrade orally moved for judgment as

16   a matter of law pursuant to Federal Rule of Civil Procedure 50.  The Court took the motion

17   under submission, and the following Tuesday, March 27, 2012, the jury returned a verdict in

18   favor of Defendant on all questions.  Accordingly, Defendant's motion for judgment as a

19   matter of law is hereby DENIED as moot.

20

21   **IT IS SO ORDERED.**

22

23   Dated: 3/29/2012                     _____
                                          THELTON E. HENDERSON, JUDGE
24                                        UNITED STATES DISTRICT COURT

25

26

27

28

United States District Court
For the Northern District of California