David J. Beauvais (CA Bar # 84275)
LAW OFFICE OF DAVID J. BEAUVAIS
409 13th Street, 20th Floor
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

Attorney for Plaintiff
GREGORY MURRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY MURRAY,

       Plaintiff,

vs.

SANDRA ANDRADE,

       Defendant.

No. C08-01539 TEH

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR NEW TRIAL**

  IT IS HEREBY STIPULATED between counsel for plaintiff and defendant that the time to file a motion for new trial be extended to May 21, 2012.  The current deadline is May 8, 2012.

     This stipulation is made with reference to the following facts:

     1.  Judgment was entered on April 10, 2012.  Plaintiff's motion for a new trial is due to be filed on May 8, 2012.

     2.  On April 4, plaintiff's counsel sent court reporter Connie Kuhl the estimated amount she required to produce the transcripts within 14 days.  Ms. Kuhl acknowledged receipt of the deposit on April 9.  The transcripts were due no later than April 23.  Thereafter, Ms. Kuhl serially

produced the transcripts beginning on April 4. Plaintiff's counsel received the final transcript on May 2, 2012.

3. As a result of the delay in production of the transcripts, plaintiff has been unable to complete the motion by the May 8 deadline.

4. The parties agree to an extension of time to May 21, 2012 for plaintiff to file the motion for new trial.

DATED: May 7, 2012

/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiff

DATED: May 7, 2012

/s/ Janet Holmes
JANET HOLMES
Office of Contra Costa County Counsel
Attorney for Defendant

### ORDER

The court having considered the stipulation of the parties and good cause appearing therefor:

**IT IS HEREBY ORDERED** that plaintiff be granted an extension of time to May 21, 2012 to file a motion for new trial.

DATED:  05/09/2012

_____
UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson